JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet        U.S. District Court - District of Massachusetts

**Place of Offense:**   **Category No.** II   **Investigating Agency** OIG/FBI

**City** Boston   **Related Case Information:**

**County** Suffolk   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 20-mj-2057, -6154, -6155
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name: Timothy Torigian   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☐ No

Alias Name _____

Address  (City & State) 27 Beethoven Avenue, Walpole, MA

Birth date (Yr only): 1965   SSN (last4#): 6923   Sex M   Race: _____   Nationality: _____

**Defense Counsel if known:** Rob Goldstein   Address _____

**Bar Number** _____

## U.S. Attorney Information:

AUSA Mark Grady   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/20/20   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Timothy Torigian

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18:00371 | Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds | 1 |
| Set 2 | 18:00666(a)(1)(A) and (2) | Theft Concerning Programs Receiving Federal Funds; Aiding and Abetting | 2 |
| Set 3 | 18:00981(a)(1)(C) | Forfeiture Allegation | |
| Set 4 | 28:002461(c) | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____