## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 20-cr-10164-NMG |
| 1. TIMOTHY TORIGIAN, | ) | |
| 2. GERARD O'BRIEN, | ) | |
| 3. ROBERT TWITCHELL, | ) | |
| 4. HENRY DOHERTY, | ) | |
| 5. DIANA LOPEZ, | ) | |
| 6. JAMES CARNES, | ) | |
| 7. MICHAEL MURPHY, and | ) | |
| 8. RONALD NELSON. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### PROTECTIVE ORDER

It is hereby **ORDERED** that "sensitive information," including personal identifying information, sensitive law enforcement information, and other sensitive materials identified in the government's motion can be provided by the government to defense counsel; and it is further

**ORDERED** that the defendants are permitted to view the sensitive information materials with counsel and obtain copies; and it is further

**ORDERED** that copies of sensitive information shall be reviewed and used by the defendant, defense counsel and members of the defense team, solely for the purpose of this litigation and shall not be given, shown, made available, discussed, or otherwise communicated in any form to any other individual or establishment for any other purpose; and it is further

**ORDERED** that the sensitive information in this action shall be marked "PRODUCED SUBJECT TO PROTECTIVE ORDER" or contain a similar marking, and may be used only for purposes of this litigation; and it is further

**ORDERED** that, pending further Order of the Court, or, joint written agreement of the parties, materials identified as sensitive information shall not be entered into the public record, either in pleadings or in open Court, except under seal or suitably redacted to protect sensitive information from unnecessary public disclosure; and it is further

**ORDERED** that at the conclusion of this litigation, including all appeals, all sensitive information shall be returned to the United States Attorney's Office, or destroyed at the direction of the United States Attorney's Office; and it is further

**ORDERED** that as to all persons who are provided access to sensitive information in connection with the preparation and defense of this matter, defense counsel shall advise each of these persons of the privacy and confidentiality of such information and their obligation not to disclose the information, and, as to persons who are given possession of sensitive materials, counsel shall require such persons to sign a copy of this Order to affirm their understanding of their obligation not to disclose the information before such information is disclosed; and it is further

**ORDERED** that counsel for the above captioned defendants shall maintain copies of this Order which have been signed by all persons who have been provided access to sensitive information until the conclusion of the case, including all appeals; and it is further

**ORDERED** that this order is without prejudice and may be modified upon motion to the court.

_Marianne B. Bowler USMJ_

HON. MARIANNE B. BOWLER
United States Magistrate Judge

Dated: October 6, 2020