UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 20-cr-10164-NMG |
| 1. TIMOTHY TORIGIAN, | ) | |
| 2. GERARD O'BRIEN, | ) | |
| 3. ROBERT TWITCHELL, | ) | |
| 4. HENRY DOHERTY, | ) | |
| 5. DIANA LOPEZ, | ) | |
| 6. JAMES CARNES, | ) | |
| 7. MICHAEL MURPHY, | ) | |
| 8. RONALD NELSON, and | ) | |
| 9. KENDRA CONWAY | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **MEMORANDUM PURSUANT TO LOCAL RULE 116.5(a)**

Counsel for the United States, Timothy Torigian, Robert Twitchell, Gerard O'Brien, Henry Doherty, Diana Lopez, James Carnes, and Ronald Nelson (hereinafter "the parties") submit this memorandum addressing Local Rule 116.5(a).

**I.       Local Rule 116.5(a)(1)**

On October 5, 2020, the government provided initial disclosures to the defense.

One discovery letter was served prior to the initial disclosures and counsel for the government and counsel for Diana Lopez will confer regarding issues defense counsel believes are left outstanding in the wake of initial disclosures.

**II.      Local Rule 116.5(a)(2)**

The government shall seasonably supplement its automatic disclosures as required by the Local Rules.

**III.     Local Rule 116.5(a)(3)**

The defendants need time to review the government's initial disclosures before

determining whether it will be necessary to file a request for additional materials.

### IV.  Local Rule 116.5(a)(4)

A protective order has been issued with respect to some materials in this action.  [D. 65, 66].

### V.  Local Rule 116.5(a)(5)

The parties agree that it is too early to set a motion schedule under Fed. R. Crim. P. 12(b).

### VI.  Local Rule 116.5(a)(6)

The parties agree it is too early to establish a schedule for experts.

### VII.  Local Rule 116.5(a)(7)

The defendants were arrested on September 2, 2020 and made their initial appearances on that date.  An assented to motion for an order of excludable delay from September 2, 2020 through October 15, 2020 was filed on September 30, 2020 and is pending.  [D. 58].

The government and the named defendants further agree that the time period between October 15, 2020, and the next status conference should be excluded because the parties have been and are using the period of the continuance to complete production and review of discovery, and also to explore a non-trial disposition of the case.  Therefore, the parties request that this Court find that the ends of justice served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

The parties agree that no countable days have elapsed.

### VIII. Local Rule 116.5(a)(8)

The government and the defendants request that a further status conference be scheduled for approximately 60 days in the future.

                                            Respectfully submitted,
ANDREW E. LELLING
UNITED STATES ATTORNEY
By:   */s/ Mark J. Grady*
Mark J. Grady
Assistant U.S. Attorney

| | |
|---|---|
| TIMOTHY TORIGIAN | GERARD O'BRIEN |
| */s/ Robert M. Goldstein* <br> Robert M. Goldstein <br> 20 Park Plaza, Suite 1000 <br> Boston, MA 02116 | */s/ David E. Meier* <br> David E. Meier <br> Todd & Weld <br> One Federal Street 27th Floor <br> Boston, MA 02110 |
| ROBERT TWITCHELL | HENRY DOHERTY |
| */s/ Liam D. Scully* <br> Liam D. Scully <br> 101 Summer Street Fourth Floor <br> Boston, MA 02110 | */s/ John Amabile* <br> John Amabile <br> Amabile & Burkly, P.C. <br> 380 Pleasant Street <br> Brockton MA 02301 |
| DIANA LOPEZ | JAMES CARNES |
| */s/ Anthony R. Ellison, Esq.* <br> Anthony R. Ellison, Esq. <br> 299 Gallivan Boulevard <br> Boston, MA 02124 | */s/ Robert L. Jubinville* <br> Robert L. Jubinville <br> 487 Adam Street <br> Milton, MA 02186 |
| RONALD NELSON | |
| */s/ Simon Cataldo* <br> Kimberly West/Simon Cataldo <br> Ashcroft Law Firm <br> 200 State Street, 7th Floor <br> Boston, MA 02109 | |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney

Date: October 14, 2020