# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 20-10164-NMG

### UNITED STATES OF AMERICA

### v.

### TIMOTHY TORIGIAN, KENDRA CONWAY, HENRY DOHERTY, AND ROBERT TWITCHELL

### FINAL STATUS REPORT

October 4, 2022

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges defendants Timothy Torigian, Kendra Conway, Henry Doherty, and Robert Twitchell, each with one count of conspiracy to commit theft concerning programs receiving federal funds and one count of theft concerning programs receiving federal funds and aiding and abetting, was returned on August 20, 2020;

2. The defendants were arraigned on September 2, 2020;

3. The defendants are not in custody;

4. The government estimates a trial lasting two weeks and calling ten to 15 witnesses;

5. The defendants shall file all dispositive motions by November 29, 2022, and the government shall respond 14 days thereafter;

6. The parties agree to exclude the time from September 27, 2022, until the date of the next hearing before the district judge;

7. The parties request a conference before the district judge to set a trial date.

/s/ Marianne B. Bowler
United States Magistrate Judge